1  Anna S. McLean (No. 142233)
   Nathaniel Spencer-Mork (No. 226886)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA 94104-2878
   Telephone: (415) 772-6666
4  Facsimile: (415) 772-6268
   Anna.McLean@hellerehrman.com
5  Nate.SpencerMork@hellerehrman.com

6
   John C. Ulin (No. 165524)
7  Patricia K. Oliver (No. 193423)
   HELLER EHRMAN LLP
8  333 South Hope Street, 39th Floor
   Los Angeles, CA 90071
9  Telephone: (213) 689-0200
   Facsimile: (213) 614-1868
10 John.Ulin@hellerehrman.com
   Patricia.Oliver@hellerehrman.com
11
   Attorneys for Plaintiff
12 PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., | NO.: C-06-00701-MMC |
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| v. | The Hon. Maxine M. Chesney |
| SILVER VIEW SUPERMARKET, a California corporation doing business as SILVER VIEW SUPERMARKET, *et al.*, | Hearing Date: February 17, 2006<br>Hearing Time: 9:00 a.m.<br>Courtroom: 7 |
| Defendants. | |

This matter came on for hearing before the Honorable Maxine M. Chesney, United States District Judge, in Courtroom 7 of the United States District Court for the Northern District of California located at 450 Golden Gate Ave., San Francisco, CA on February 17, 2006 at 9:00 a.m. on an Order to Show Cause why an order should not be entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure, granting plaintiff Philip Morris USA Inc. ("Philip Morris USA") the preliminary injunctive relief set forth below against Silver View Supermarket, a California corporation doing business as Silver View Supermarket ("Silver View Supermarket"), pending the final disposition of this action. To date, no opposition has been filed by Silver View Supermarket.

The Court, having considered the papers filed by Philip Morris USA, hereby finds that good cause has been shown for the issuance of the requested preliminary injunction as follows:

**IT IS ORDERED THAT**, pending the final disposition of this action, Defendant Silver View Supermarket is hereby enjoined and prohibited from:

1. Purchasing, selling, offering for sale, or otherwise using in commerce any counterfeit MARLBORO® and/or MARLBORO LIGHTS® brand cigarettes; and

2. Assisting, aiding or abetting any other person or entity in purchasing, selling, offering for sale, or otherwise using in commerce any counterfeit MARLBORO® and/or MARLBORO LIGHTS® brand cigarettes.

ORDER GRANTING CERTAIN EXPEDITED DISCOVERY

**IT IS FURTHER ORDERED THAT**, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Philip Morris USA shall be entitled to conduct the following expedited discovery from Defendant as follows:

1. Philip Morris USA shall be entitled to serve discovery immediately upon Defendant -- i.e. before the parties have conferred pursuant to Federal Rule of Civil Procedure 26(f) or made their initial disclosures pursuant to Rule 26(a) -- including but not limited to discovery by way of interrogatories, requests for production, depositions, requests

for admissions, and third-party discovery.

## BOND

**IT IS FURTHER ORDERED THAT** the bond in the amount of $10,000 that was posted with the Clerk of this Court by Philip Morris USA on February 10, 2006, to provide security for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully restrained or enjoined by the Temporary Restraining Order issued by the Court on February 7, 2006, is hereby converted into a bond to provide security for any such costs or damages as may be incurred by any party who is found to have been wrongfully enjoined by this Preliminary Injunction.

## UNSEALING

Pursuant to 15 U.S.C. § 1116(d)(8), the Court previously ordered that the temporary restraining order and all supporting documents filed by plaintiff (Docket Nos. 4-11, and 13-21) would be filed under seal until defendant had an opportunity to contest the temporary restraining order. As defendant has been afforded such opportunity, there is no need for said documents to remain under seal.

Accordingly, **IT IS FURTHER ORDERED THAT** all documents previously filed under seal in the instant action shall be unsealed.

## SERVICE

**IT IS FURTHER ORDERED** that plaintiff shall serve a copy of this order on Silver View Supermarket forthwith.

IT IS SO ORDERED.

DATED: February 17, 2006

_____
UNITED STATES DISTRICT JUDGE