IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP MORRIS USA INC.,

    Plaintiff,

v.

SILVER VIEW SUPERMARKET, et al.,

    Defendants

No. C-06-0701 MMC

**ORDER TO SHOW CAUSE**

For the reasons set forth at the February 17, 2006 hearing on plaintiff's motion for preliminary injunction, plaintiff is hereby ORDERED TO SHOW CAUSE in writing, no later than March 3, 2006, why all defendants, with the exception of Silver View Supermarket, should not be dropped from the instant action as improperly joined, without prejudice to plaintiff's refiling their claims against said defendants in separate actions. See Fed. R. Civ. P. 20, 21; see also, e.g., In re Directv, Inc. Cases Pending in the Northern District of California, 2004 WL 2645971 (N.D. Cal. June 26, 2004).

**IT IS SO ORDERED.**

Dated: February 17, 2006

MAXINE M. CHESNEY
United States District Judge