Anna S. McLean (No. 142233)
Nathaniel Spencer-Mork (No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6666
Facsimile: (415) 772-6268
Anna.McLean@hellerehrman.com
Nate.SpencerMork@hellerehrman.com

John C. Ulin (No. 165524)
Patricia K. Oliver (No. 193423)
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868
John.Ulin@hellerehrman.com
Patricia.Oliver@hellerehrman.com

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> SILVER VIEW SUPERMARKET, a California corporation doing business as SILVER VIEW SUPERMARKET, *et al.*, <br><br> Defendants. | NO.: C-06-00701-MMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT QUICK STOP MARKETS, INC. PURSUANT TO FED. R. CIV. P. 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff PHILIP MORRIS USA INC. voluntarily dismisses *with prejudice* all of its claims in the above-captioned action, *Philip Morris USA Inc. v. Silver View Supermarket, et al.,* Case No. C-06-0701 MMC, against the following defendant: Defendant QUICK STOP MARKETS INC., a California corporation doing business as QUICK STOP #90 (Retailer No. 14).

No other claims are dismissed hereby.

DATED: February 21, 2006

HELLER EHRMAN LLP

By _____/s/ Anna S. McLean_____
    Anna S. McLean

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

Dated: February 21, 2006



IT IS SO ORDERED
Judge Maxine M. Chesney