1  Anna S. McLean (No. 142233)
   Nathaniel Spencer-Mork (No. 226886)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA  94104-2878
   Telephone: (415) 772-6666
4  Facsimile: (415) 772-6268
   Anna.McLean@hellerehrman.com
5  Nate.SpencerMork@hellerehrman.com

6
   John C. Ulin (No. 165524)
7  Patricia K. Oliver (No. 193423)
   HELLER EHRMAN LLP
8  333 South Hope Street, 39th Floor
   Los Angeles, CA  90071
9  Telephone:  (213) 689-0200
   Facsimile:  (213) 614-1868
10 John.Ulin@hellerehrman.com
   Patricia.Oliver@hellerehrman.com
11
12 Attorneys for Plaintiff
   PHILIP MORRIS USA INC.
13

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC., | Case No.: 06-0701 MMC |
| Plaintiff, | [~~PROPOSED~~] **ORDER TO SEAL** |
| v. | |
| SILVER VIEW SUPERMARKET, a California corporation doing business as SILVER VIEW SUPERMARKET, *et al.*, | |
| Defendants. | |

# ORDER

Pursuant to Civil Local Rule 79-5 and good cause appearing therefore, the Administrative Motion to File Under Seal the Declaration of Gregory B. Wilson in Support of Philip Morris USA Inc.'s Response to Order to Show Cause ("Wilson Declaration") is hereby **GRANTED.** Pursuant to Civil Local Rule 79-5(c), the Clerk of the Court shall file under seal the Wilson Declaration. Defendants shall electronically file the redacted version of the Wilson Declaration in the public record.

**IT IS SO ORDERED.**

Dated: March 10, 2006

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE