Hugo Torbet
Attorney at Law
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 986-9400

steadyrolling@gmail.com

Facsimile: (415) 358-8650

September 25, 2006

E-Filing

Hon. Maxine M. Chesney
United States District Judge
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:  Philip Morris v. Sheraga Raz, No. 3:06-CV-0701 MMC

Dear Judge Chesney,

    This case is coming before you for a case management conference on October 6, 2006, at 10:30 a.m.

    You may remember that a further case management conference date was selected in the event that a final settlement could not be consummated. Unfortunately, although we have reached an agreement in principal, we have not been able to agree on some of the details. In addition, I am pessimistic that we will be able to reach an agreement without the aid of a Magistrate Judge settlement conference.

    The purpose of this letter is to inform you that I have a settlement conference scheduled in the case of <u>Brown v. United Group</u>, Alameda County No. RG04-180025, on the same date, beginning at 9:00 a.m., in Department 3, in Oakland. As a result, I don't believe that I will be able to make a personal appearance in this case on that date.

    I am certain that the settlement judge will authorize me to call my appearance in, if that will work for you.

                        Yours truly,

                        Hugo Torbet

cc. Nate Spencer Mork

*Good cause appearing, counsel for both parties shall appear at the case management conference by telephone.*

IT IS SO ORDERED
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
DATE   SEP 28 2006