Anna S. McLean (State Bar No. 142233)
Nathaniel Spencer-Mork (State Bar No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Anna.McLean@hellerehrman.com
Nathaniel.Spencer-Mork@hellerehrman.com

John Ulin (State Bar No. 165524)
HELLER EHRMAN LLP
333 South Hope Street, Suite 3900
Los Angeles, CA 90071-3043
Telephone: (213) 689-0200
Facsimile: (213) 614-1868
John.Ulin@hellerehrman.com

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

**FILED**

07 MAR 23 PM 12: 45

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP MORRIS USA INC.,

Plaintiff,

v.

SILVER VIEW MARKET, *et al.*,

Defendants.

NO.: C-06-0701 MMC
(terminated December 12, 2006)

*EX PARTE* **REQUEST TO CLERK
OF THE COURT FOR ORDER
ANNULLING BOND AND
EXONERATING SURETY;
▬▬▬▬ ORDER**

1    Plaintiff Philip Morris USA Inc. ("Philip Morris USA") hereby submits *ex parte* this
2    request, pursuant to Local Rule 77-2, that the Clerk of the Court issue an order to annul the
3    bond posted with the Court by Philip Morris USA on February 10, 2006, and exonerate the
4    surety with regard to such bond.

5    On February 6, 2006, Philip Morris USA filed a Motion for Temporary Restraining
6    Order and Order to Show Cause re Preliminary Injunction. The TRO was issued by the
7    Honorable Maxine M. Chesney on February 7, 2006 (a copy is attached hereto as Exhibit
8    1). In her TRO order, Judge Chesney ordered Philip Morris USA to post a bond or
9    undertaking with the Clerk of the Court in the amount of $10,000. Accordingly, Philip
10   Morris USA posted a surety bond for $10,000 with the Court on February 10, 2006 (a copy
11   is attached hereto as Exhibit 2). On February 17, 2006, Judge Chesney converted the TRO
12   into a Preliminary Injunction, which ordered that the bond posted with the Clerk of the
13   Court pursuant to the TRO be converted into a bond to provide security for any damages or
14   loss incurred as a result of the issuance of the Preliminary Injunction (a copy is attached
15   hereto as Exhibit 3). Philip Morris USA subsequently resolved all claims with all
16   defendants in this matter, and the Clerk of the Court terminated the case on December 12,
17   2006.[1]

18   Local Rule 77-2 provides that "the Clerk may sign and enter the following orders
19   without further direction of a Judge: . . . (b) Orders . . . annulling bonds [or] exonerating
20   sureties." Accordingly, Philip Morris USA hereby requests that the Clerk of the Court issue
21   an order annulling the bond and exonerating the surety, because the original purpose for
22   which security was filed has been resolved without any liability having been incurred.
23   Philip Morris USA also requests that the Clerk relieve it of the burden of notifying
24   / / /

25   _____
     [1]   Claims against 18 individual defendants were resolved via Consent Judgments and
26   Permanent Injunctions approved by the Court. *See Philip Morris USA Inc. v. Silver
     View Market, et al.*, No. C-06-0701, Docket Nos. 62, 63, 64, 65, 66, 67, 69, 72, 76,
27   77, 80, 83, 84, and 101. Four defendants were dismissed from the action. *See id.* at
     Docket Nos. 37 and 73. One defendant was resolved via Default Judgment. *See id.*
28   at 89.

1

1  terminated parties of the exoneration due to the large number of defendants—all of which

2  have been terminated—and the ministerial nature of this request.

3  DATED: January 12, 2007

Respectfully submitted,

HELLER EHRMAN LLP


By _____ /s/ Anna S. McLean _____
          Anna S. McLean

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

2

1     [PROPOSED] ORDER ANNULLING BOND AND EXONERATING SURETY

2

3     The *Ex Parte* Request by Plaintiff Philip Morris USA Inc. that the Clerk of the Court
4 Annul the Bond filed in this action with regard to the issuance of the Temporary Restraining
5 Order and the Preliminary Injunction and Exonerate the Surety with regard to such bond
6 was presented to the Clerk of this Court, and good cause being shown therefore,

7     **IT IS HEREBY ORDERED THAT**, pursuant to Local Rule 77-2, the Clerk of the
8 Court exonerate the surety bond in the amount of $10,000, originally posted with the Court
9 by Plaintiff Philip Morris USA Inc. on February 10, 2006, is annulled and the surety with
10 regard thereto is exonerated. No notification to terminated parties is required.

11
12 DATED: 3/23/07

13
14
15
16     for the Clerk of the Court
    United States District Court for the
17     Northern District of California

18
19
20
21
22
23
24
25
26
27
28

    3